Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

JOHN IRA BARNETT
SHARON GAIL BARNETT

CASE NO: 14-70042-HDH-13
HEARING DATE:  4/16/2014
HEARING TIME:  10:30 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 4/16/2014 at 10:30 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 4/16/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:   2/25/2014

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date: 2/25/2014  /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
CACH LLC SQUARE TWO FINANCIAL ATTENTION BANKRUPTCY 4340 SOUTH MONACO ST 2ND FLOOR DENVER CO 80237
CAPITAL ONE BANK ATTN: BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CITIBANK PO BOX 790034  ST LOUIS MO 63179
CITIBANK USA CITICORP CREDIT SERVICES/ATTN: CENTRALIZ PO BOX 20507 KANSAS CITY MO 64195
CLAY COUNTY MEMORIAL HOSPITAL 310 W SOUTH STREET  HENRIETTA TX 76365
CLAY COUNTY TAX ASSESSOR COLLECTOR AG REIS RPA RTA CTA PO BOX 108 HENRIETTA TX 76365
FORD MOTOR CREDIT COMPANY DRAWER 55-953  CHAPTER 13 PO BOX 55000 DETROIT MI 48255
FORD MOTOR CREDIT COMPANY PO BOX 6275  DEARBORN MI 48121
FORD MOTOR CREDIT CORPORATION FORD MOTOR CREDIT PO BOX 6275 DEARBORN MI 48121
GEMB/ WALMART PO BOX 981127  EL PASO TX 79998
GEMB-LOWES PO BOX 651064  EL PASO TX 79998
GM FINANCIAL PO BOX 181145  ARLINGTON TX 76096
HOME DEPOT CREDIT SERVICES PO BOX 689100  DES MOINES IA 50368
HSBC PO BOX 30253  SALT LAKE CITY UT 84130
HSBC/BESTBUY PO BOX 30253  SALT LAKE CITY UT 84130
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JOHN IRA BARNETT & SHARON GAIL BARNETT PO BOX 81  BELLEVUE TX 76228
MARLIN MEDCLR INOVISION 507 PRUDENTIAL ROAD  HORSHAM PA 19044
MIDLAND FUNDING 8875  AERO DR STE 200  SAN DIEGO CA 92123
NATIONAL CONSUMER LEGAL SERVICES INC 655 S MAIN STREET NO 200-409  ORANGE CA 92868
NCO FINANCIAL PO BOX 41417 DPT 18  PHILADELPHIA PA 19101
ONEMAIN FINANCIAL PO BOX 499  HANOVER MD 21076
PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067  NORFOLK VA 23541
PORTFOLIO RECOVERY ATTN: BANKRUPTCY PO BOX 41067 NORFOLK VA 23541
SEARS CBNA PO BOX 6282  SIOUX FALLS SD 57117
UNITED RECOVERY SYSTEMS 5800 NORTH COURSE DR  HOUSTON TX 77072
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
US BANK PO BOX 5227  CINCINNATI OH 45201
US BANK PO BOX 5229  CINCINNATI OH 45201
WEBBANK - FINGERHUT 6250 RIDGEWOOD RD  ST CLOUD MN 56303
```