UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:                                                                                          Bankr. Case No. 14-70042-HDH-13

John Ira Barnett and Sharon Gail Barnett                                               Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ James Hogan, Jr.

James Hogan, Jr.
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on March 3, 2014 :

| | |
|---|---|
| Monte J. White<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301 | Walter O'Cheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424 |

By  /s/ James Hogan, Jr.
   James Hogan, Jr.

xxxxx72187 / 683360