Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock, TX 79424
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

JOHN IRA BARNETT
SHARON GAIL BARNETT

CASE NO: 14-70042-HDH-13
HEARING DATE: 4/16/2014
HEARING TIME: 10:30 AM

## TRUSTEE'S LIST OF WITNESSES AND EXHIBITS FOR MOTION TO DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The following persons and documents are identified and intended to be used as Witnesses and Exhibits by Walter O'Cheskey, Chapter 13 Trustee, for the Trustee's Motion to Dismiss for Required Information Prior to Creditor Meeting and or Reduce Attorney Fees to be heard on 4/16/2014 at 10:30 AM.

### WITNESSES

1. Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola Ave., Suite 100,  Lubbock, TX 79424

2. Brent Hagen, Office of the Standing Trustee, 6308 Iola Ave., Suite 100,  Lubbock, TX 79424

3. Angela Gonzales, Office of the Standing Trustee, 6308 Iola Ave., Suite 100,  Lubbock, TX 79424

### EXHIBITS

1. Exhibit A (Trustee record of receipts available on Trustee's website http://www.trustee13.com/.)

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's List of Witnesses and Exhibits for Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

JOHN IRA BARNETT & SHARON GAIL BARNETT PO BOX 81  BELLEVUE TX 76228

AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL PO BOX 183853 ARLINGTON TX 76096

Date:    3/20/2014                                               /s/ Walter O'Cheskey
                                                                 _____
                                                                 Walter O'Cheskey
                                                                 Chapter 13 Trustee