Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

JOHN IRA BARNETT & SHARON GAIL BARNETT

CASE NO. 14-70042-HDH-13

AKA1:                                                      AKA2:  SHARON BROWN BARNETT
DBA1:                                                      DBA2:
SS#1: xxx-xx- 0731                                         SS#2: xxx-xx- 1028

## REPORT OF 341 MEETING

I.  341 MEETING REPORT:    Video equipment error so meetings will be rescheduled to 4/9/2014 11:00 AM
   A. Orig. Date:   3/21/2014   Orig. Time:   11:00 AM        Reset Date:           Reset Time:
   B. Meeting Results:    Continued
   C. Debtor(s):   Debtor 1 Appeared         Debtor 2 Appeared
   D. Attorney for Debtor(s):   Appeared
   E. Creditor Appearance:   None
   F. Amount Paid to the Trustee as of    3/21/2014    $447.00    First Payment Due Date:   3/20/2014
   G. File Trustee's Motion to Dismiss because
   H. B22C Information:    B22C Form is:    Complete
       Budgeted Income:    $3,996.90    Expense:    $3,549.90    Surplus:    $447.00
       Plan Payment:    $447.00   Monthly                        Plan Term(Months):    60
   I. Value of Non-Exempt Property:    $0.00   Proposed Amount to Unsecured Creditors:    $0.00
       Objection to Exemption of:
       ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   98-70439-13
       ___ Object to Invoke Stay Pleading
       ___ Case Converted from Chapter 7, Bar Date Set:    6/19/2014   Date Converted from Chapter 7:
   J. Required Information:   WW Directive
   K. Business Information:
   L. Object to Confirmation:   No
       None at this time
   M. Financial Management Class:   Debtor 1 Appeared      Debtor 2 Appeared
   N. Eligibility:
       Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2
       Credit Counseling Provider Approved:                                Yes
       Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):    No
   O. Domestic Support Obligation:    $0.00   Current:        Arrears:    $0.00
       Affidavit and Disclosure of Domestic Support Obligations Received:   Yes
   P. Remarks:    MTD
                  -WW Directive
              Questions
                  -None at this time

   Dated:   3/21/2014                                    /s/ Walter O'Cheskey
                                                         Standing Bankruptcy Trustee
                                                         By:     Brent Hagan