**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.** 14-70042-HDH-13 |
| JOHN IRA BARNETT | JUDGE:   Harlin D. Hale |
| SHARON GAIL BARNETT | |
| PO BOX 81 | DATE:   March 21, 2014 |
| BELLEVUE TX  76228 | |
| | |
| A/K/A 1: | A/K/A 2:   SHARON BROWN BARNETT |
| D/B/A 1: | D/B/A 2: |
| SS# 1:   xxx-xx-0731 | SS# 2:   xxx-xx-1028 |

## NOTICE OF CONTINUED 341 MEETING OF CREDITORS

THE MEETING OF CREDITORS FOR THE ABOVE STYLED CHAPTER 13 CASE HAS BEEN CONTINUED TO April 9, 2014 AT 11:00 AM.  THE MEETING WILL BE HELD AT:

US COURTHOUSE ROOM 208
10TH & LAMAR STREETS
WICHITA FALLS, TEXAS  763011234


**CLERK OF THE BANKRUPTCY CT**
1100 COMMERCE 1254
DALLAS, TEXAS  752420000

_____

| | |
|---|---|
| **ADDRESSEE:** | **ATTORNEY FOR THE DEBTOR:** |
| | MONTE J WHITE |
| | ATTORNEY AT LAW |
| | 1106 BROOK AVE HAMILTON PLACE |
| | WICHITA FALLS TX 76301-0000 |

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

JOHN IRA BARNETT
SHARON GAIL BARNETT

CASE NO: 14-70042-HDH-13

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   3/24/2014

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

JOHN IRA BARNETT & SHARON GAIL BARNETT PO BOX 81  BELLEVUE TX 76228
INTERNAL REVENUE SERVICE  PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE  PO BOX 7346  PHILADELPHIA PA 19101
MONTE J WHITE  ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
US ATTORNEY GENERAL  10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
UNITED STATES ATTORNEY  801 CHERRY STREET UNIT 4  FT WORTH TX 76102
FORD MOTOR CREDIT COMPANY  DRAWER 55-953   CHAPTER 13 PO BOX 55000 DETROIT MI 48255
WILLIAM T NEARY  UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
US ATTORNEY  ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US BANK  PO BOX 5229  CINCINNATI OH 45201
NCO FINANCIAL  PO BOX 41417 DPT 18  PHILADELPHIA PA 19101
US BANK  PO BOX 5227  CINCINNATI OH 45201
HOME DEPOT CREDIT SERVICES  PO BOX 689100  DES MOINES IA 50368
MARLIN MEDCLR INOVISION  507 PRUDENTIAL ROAD  HORSHAM PA 19044
CLAY COUNTY MEMORIAL HOSPITAL  310 W SOUTH STREET  HENRIETTA TX 76365
GEMB/ WALMART  PO BOX 981127  EL PASO TX 79998
FORD MOTOR CREDIT COMPANY  PO BOX 6275  DEARBORN MI 48121
CLAY COUNTY TAX ASSESSOR COLLECTOR  AG REIS RPA RTA CTA PO BOX 108 HENRIETTA TX 76365
GM FINANCIAL  4000 EMBARCADERO  DRIVE  ARLINGTON TX 76014
AMERICREDIT FINANCIAL SERVICES  DBA GM FINANCIAL PO BOX 183853 ARLINGTON TX 76096
GM FINANCIAL  PO BOX 181145  ARLINGTON TX 76096
MIDLAND FUNDING  8875  AERO DR STE 200  SAN DIEGO CA 92123
SEARS CBNA  PO BOX 6282  SIOUX FALLS SD 57117
ONEMAIN FINANCIAL  PO BOX 499  HANOVER MD 21076
US BANK NA  BANKRUPTCY DEPARTMENT PO BOX 5229 CINCINNATI OH 45201
PORTFOLIO RECOVERY  ATTN: BANKRUPTCY PO BOX 41067 NORFOLK VA 23541
AMERICAN INFOSOURCE  MIDLAND FUNDING INC PO BOX 268941 OKLAHOMA CITY OK 73126
CACH LLC SQUARE TWO FINANCIAL  ATTENTION BANKRUPTCY 4340 SOUTH MONACO ST 2ND FLOOR DENVER CO 80237
PORTFOLIO RECOVERY ASSOCIATES LLC  PO BOX 41067  NORFOLK VA 23541
CAPITAL ONE BANK  ATTN: BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CITIBANK USA  CITICORP CREDIT SERVICES/ATTN: CENTRALIZ PO BOX 20507 KANSAS CITY MO 64195
HSBC/BESTBUY  PO BOX 30253  SALT LAKE CITY UT 84130
WEBBANK - FINGERHUT  6250 RIDGEWOOD RD  ST CLOUD MN 56303
FORD MOTOR CREDIT CORPORATION  FORD MOTOR CREDIT PO BOX 6275 DEARBORN MI 48121
HSBC  PO BOX 30253  SALT LAKE CITY UT 84130
CITIBANK  PO BOX 790034  ST LOUIS MO 63179
UNITED RECOVERY SYSTEMS  5800 NORTH COURSE DR  HOUSTON TX 77072
GEMB-LOWES  PO BOX 651064  EL PASO TX 79998
NATIONAL CONSUMER LEGAL SERVICES INC  655 S MAIN STREET NO 200-409  ORANGE CA 92868