IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 14-70042-HDH-13 |
| | DATED: April 16, 2014 |
| JOHN IRA BARNETT | |
| SHARON GAIL BARNETT | HEARING DATE: April 16, 2014 |
| | HEARING TIME: 10:30 AM |

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO DISMISS
AND/OR REDUCE DEBTOR'S ATTORNEY FEES**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO DISMISS AND/OR REDUCE DEBTOR'S ATTORNEY FEES" without prejudice for the Motion dated 03-20-2014.

   /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal of the Trustee's Motion to Dismiss and/or Reduce Debtor's Attorney Fees was this date served on the following parties electronically or by U.S first class mail:

   /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

Debtor Attorney
MONTE J WHITE
ATTORNEY AT LAW
1106 BROOK AVE HAMILTON PLACE
WICHITA FALLS TX 76301-0000

United States Trustee
William T. Neary
1100 Commerce Street,  Rm9C60
Dallas, TX  75242

Debtor1:
JOHN IRA BARNETT
PO BOX 81
BELLEVUE TX 76228

Debtor 2:
SHARON GAIL BARNETT
PO BOX 81
BELLEVUE TX 76228