Robert B. Wilson
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 14-70042-HDH-13 |
| JOHN IRA BARNETT | HEARING DATE:  7/16/2014 |
| SHARON GAIL BARNETT | HEARING TIME:   10:00am |

### TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

NOW COMES Robert B. Wilson, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss Case with Prejudice in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Debtor is in material default of the most recent confirmed plan or modified plan per 11 U.S.C. 1307(c). The most recent confirmed plan or modified plan required the Debtor(s) to pay $447.00 per month beginning 3/20/2014. The total amount paid to the Trustee is $894.00 and the total amount in arrears is $447.00 through May 2014.

Certified funds must be delivered to the following address to cure this default:

**Standing Chapter 13 Trustee**
**PO Box 94210**
**Lubbock, TX 79493**

This motion is filed with prejudice due to prior case filings.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed with prejudice per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Robert B. Wilson

_____
Robert B. Wilson
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 7/16/2014 AT 10:00am AT THE FOLLOWING ADDRESS:

LIVE:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

JOHN IRA BARNETT & SHARON GAIL BARNETT PO BOX 81  BELLEVUE TX 76228

AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL PO BOX 183853 ARLINGTON TX 76096

WILCOX LAW PLLC PO BOX 11509  FORT WORTH TX 76110

Date:     6/16/2014                                         /s/ Robert B. Wilson
                                                            _____
                                                            Robert B. Wilson
                                                            Chapter 13 Trustee