B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Northern _____ District Of Texas _____

In re John Ira Barnett and Sharon Gail Barnett
aka Sharon Brown Barnett
_____

Case No. 14-70042-hdh13

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 8-2 __ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
Wilmington Savings fund
Society, FSB, as Trustee of
Stanwich Mortgage Loan Trust A

Address of Alleged Transferor:

Carrington Mortgage Services,
LLC 1600 South Douglass
Road Anaheim, CA. 92806

Name of Transferee
U.S. Bank Trust National
Association as Trustee of American
Homeowner Preservation Trust
Series 2015A+

Address of Transferee:

C/O SN Servicing Corporation
323 5th Street
Eureka, CA. 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**